In the Matter of the Application of The City of New York, Relative to Acquiring Title to the Real Property Required for the Opening and Extending of Exterior Street, from East 138th Street to East 144th Street; Grand Concourse, from East 138th Street to East 140th Street, etc., Where Not Heretofore Acquired for Street Purposes, and Excluding the Lands of the Interborough Rapid Transit Company, in the Borough of The Bronx, City of New York. Mabel Poillon and Others, Appellants; The City of New York, Respondent.— Final decree, so far as appealed from, unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.